FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 5 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v<br><br>Frederick Alan Pascoe<br><br>Defendant. | No. 18-04352PO-001-PCT-LAB<br><br>**REPORT AND ORDER TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE** |

On December 17, 2018, the above named was placed on unsupervised probation for a period of 12 months. Pascoe has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Frederick Alan Pascoe be discharged from supervision.

Respectfully submitted,

_J. Todd Davison_
J. Todd Davison
Supervisory U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that Frederick Alan Pascoe be discharged from supervision and that the proceedings in the case be terminated.

_Leslie A. Bowman_                    7/25/19
The Honorable Leslie A. Bowman        Date
U.S. Magistrate Judge